UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUDREY YEGANEH,                                                    Civil Action No. 25-5989

         Plaintiff,  **COMPLAINT AND**
                **JURY DEMAND**

   -against-

DELTA AIR LINES, INC.,


         Defendant.
------------------------------------------------------------------X

  Plaintiff AUDREY YEGANEH by her attorneys, SHLIVKO YOUNG LLP, as and for her Complaint against the Defendant DELTA AIR LINES, INC. respectfully alleges that at all times hereinafter mentioned:

  1. Plaintiff AUDREY YEGANEH is a citizen of the State of New York and resides in Nassau County.

  2. Defendant DELTA AIR LINES, INC. is a Delaware corporation with its principal place of business at 1030 Delta Blvd, Atlanta, GA 30354.

  3. At all relevant times herein mentioned, Defendant DELTA AIR LINES, INC. was and still is a commercial air carrier engaged in the business of carrying passengers for hire in international commerce.

  4. At all relevant times herein mentioned, Defendant DELTA AIR LINES, INC. was a common carrier and an international airline which operated regularly scheduled passenger flights at John F. Kennedy International Airport in New York.

  5. At all relevant times herein mentions, Defendant DELTA AIR LINES, INC. conducted business in the State of New York.

1

6. Defendant DELTA AIR LINES, INC. operates services in New York.

7. The matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

8. This court has jurisdiction and venue pursuant to Article 33 of the Montreal Convention.

9. On or prior to April 15, 2025, Plaintiff AUDREY YEGANEH had purchased a passenger ticket for DELTA AIR LINES, INC. Flight DL 0234, which was scheduled to depart from John F. Kennedy International Airport on April 15, 2025 at approximately 3:30 p.m. and was destined for Gurion International Airport in Tel Aviv, Isreal.

10. On April 15, 2025, Plaintiff AUDREY YEGANEH boarded the DELTA AIR LINES, INC. Flight DL 0234 at John F. Kennedy International Airport.

11. On April 16, 2025, at approximately 8:00 a.m., Plaintiff AUDREY YEGANEH, was using the restroom on the flight when she was caused to slip and fall due to liquid on the ground and sustained serious personal injuries.

12. That the aforesaid injuries to Plaintiff occurred solely and wholly through the negligence of the defendant, their agents, servants and employees, in the ownership, operation, maintenance and control of the aircraft, although said defendant knew or should have known of the dangers and hazards existing and nonetheless failed to remedy same.

13. Under Article 17 of the Montreal Convention for International Carriage by Air, Defendant DELTA AIR LINES, INC., is strictly liable for personal injuries sustained during the flight.

14. That by reason of the foregoing, Defendant DELTA AIR LINES, INC. is liable to pay full, fair and reasonable damages to the Plaintiff under the Monreal Convention for International Carriage by Air.

15. Plaintiff, AUDREY YEGANEH demands trial by jury in this action of all issues so triable.

**WHEREFORE,** the plaintiff AUDREY YEGANEH demands judgment as against the defendant in an amount exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with cost and disbursements of this action and such other and further relief in favor of Plaintiff and against Defendant as the Court may deem just and proper under the circumstances.

Dated: New York, New York
October 25, 2025

Yours, etc.,

SHLIVKO YOUNG LLP

*Sam J. Shlivko, Esq.*

_____
BY: SAM J. SHLIVKO, ESQ.
Attorneys for Plaintiff
AUDREY YEGANEH
30 Wall Street, 8th Floor
New York, NY 10005

3